UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 05-304 RHK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **GARNISHMENT ORDER** |
| ) | |
| JONATHAN PAUL NGUYEN, ) | |
| ) | |
| Defendant, ) | |
| ) | |
| ELECTRIC MACHINERY COMPANY, INC., ) | |
| ) | |
| Garnishee. ) | |

TO: Jonathan P. Nguyen, defendant at FPC Yankton, P.O. Box 700, Yankton, SD 57078 and
Electric Machinery Company, Inc., garnishee at 800 Central Avenue, Minneapolis, MN 55413

A Writ of Continuing Garnishment was duly issued by this Court pursuant to the stipulation of the parties and was served on the garnishee on or about September 27, 2006.

Pursuant to the Writ of Continuing Garnishment, the garnishee filed an Answer with this Court on or about October 2, 2006. In its Answer, the garnishee states that at the time of the service of the Writ, the garnishee, had, and continues to have, in its possession and under its control, personal property belonging to and due the defendant, in the form of a 401(K) account.

Defendant has waived his right to a hearing as to this garnishment action.

THEREFORE, IT IS ORDERED, that the garnishee pay to the plaintiff, in care of the Clerk of Court, 202 United States Courthouse, 300 South Fourth Street, Minneapolis, Minnesota 55415, with checks or money orders made payable to the "Clerk of Court," all property of the judgment debtor in their possession, custody or control, as levied upon the Writs of Continuing Garnishment served on September 27, 2006 plus any additional funds deposited from the date of service of the Writs of Continuing Garnishment to the date of this order, up to the full amount of the debt.

   Dated: 11/2/06

                              s/Richard H. Kyle
                              Judge
                              United States District Court